UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                    :

CLARENCE MOSS,

                    :     **ORDER**

        Petitioner,

                    :     06 Civ. 6178 (SAS) (HBP)

    -against-

                    :

DALE ARTUS, Superintendent,

                    :

        Respondent.
------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        I have reviewed the attached Report and Recommendation ("R&R") of United States Magistrate Judge Henry B. Pitman, dated January 18, 2008, which recommends that the habeas petition brought by Moss under 28 U.S.C. § 2254 be denied. Although petitioner was given the opportunity to file objections to the R&R, he failed to do so. Based on my review, I hereby adopt the thorough and thoughtful R&R in full.

        In accordance with the R&R, the instant habeas petition is dismissed with prejudice. Because petitioner's failure to file objections precludes appellate review, this Court will not issue a certificate of appealability. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992) ("We have adopted the rule that failure to object timely to a report waives any further judicial review of the report."). The Clerk of the Court is directed to close

this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           February 26, 2008

## - Appearances -

**Petitioner (Pro Se):**

Clarence Moss
# 03-A-1442
Clinton Correctional Facility
Route 374, Cooke Street
P.O. Box 2001
Dannemora, NY 12929

**For Respondent:**

Bryan Hughes
Assistant District Attorney
Bronx County
198 East 161st Street
Bronx, NY 10451